United States District Court
Southern District of Texas
**ENTERED**
April 13, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CSMC 2019-RPL10 TRUST** | § § § § § § § | |
| | § | **Civil Action No. 4:22-cv-00824** |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| **ISABEL RANGEL ROBLEDO,** | § § § | |
| **Defendant.** | § | |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls and Crowe Foreign Services, specializing in international service of process, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, as the authority and judicial officer competent under the Jurisdiction of this Court to issue and forward a request to the applicable Central Authority, for service of any and all documents to be served in this case in accordance with the Hague Service Convention.

**IT IS SO ORDERED** this ____12th____ day of ____April____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**